IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES DOUGLAS COLLIER**                                                         **PLAINTIFF**

v.                                                            CAUSE NO. 1:15-cv-60-LG-RHW

**HARRISON COUNTY**
**and HARRISON COUNTY JAIL**                                    **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court *sua sponte*. The Court, after a full review and consideration of the record in this case, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's claims in this civil action are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 2nd day of June, 2015.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE